# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>Shamim Mafi<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:26-MJ-02332-DUTY<br><br>**ORDER OF TEMPORARY DETENTION**<br>**PENDING HEARING PURSUANT**<br>**TO BAIL REFORM ACT** |

Upon motion of _Defendant_____ , IT IS ORDERED that a detention hearing is set for _Thursday, April 23_____ , _2026_____ , at _2:00____ ☐a.m. / ☒p.m. before the Honorable _Stephanie S. Christensen_____ , in Courtroom _790_____

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.

_____
*(Other custodial officer)*

Dated: ___April 20, 2026_____

_____
U.S. ~~District Judge/~~Magistrate Judge

---